**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01035-CV

## EAGLE I, JAMES P. GRAHAM AND ANIMAL HOUSE, Appellants

## V.

## DAVID POTTER, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00570**

## ORDER

Before the Court is appellants' December 15, 2014, second agreed motion for extension of time to file appellants' brief. We **GRANT** appellants' motion. Appellants' brief shall be filed no later than January 16, 2015.

/s/      CRAIG STODDART
        JUSTICE